UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:24-cv-01751-WWB-LHP

HOWARD COHAN,

    Plaintiff,

vs.

ORLANDO CASTLE OWNER, LLC
a Foreign Limited Liability Company
d/b/a CASTLE HOTEL

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, ORLANDO CASTLE OWNER, LLC, a Foreign Limited Liability Company, d/b/a CASTLE HOTEL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 11, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Sarah J. Kuehnel** |
| Gregory S. Sconzo, Esq. | Sarah J. Kuehnel |
| Florida Bar No.: 0105553 | Florida Bar Number: 124765 |
| Sconzo Law Office, P.A. | OGLETREE, DEAKINS, NASH, |
| 3825 PGA Boulevard, Suite 207 | SMOAK |
| Palm Beach Gardens, FL 33410 | & STEWART, P.C. |

1

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: 813.2891247
Facsimile: 813.289.6530
sarah.kuehnel@ogletreedeakins.com
Attorneys for Defendant ORLANDO CASTLE OWNER, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

            **/s/ Gregory S. Sconzo**
            **Gregory S. Sconzo, Esq.**